UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ALFRED MADRID,

          Defendant.

CASE NO. 10CR2864-JLS

JUDGMENT OF DISMISSAL

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1324(a)(1)(A)(iv) and (v)(II)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 26, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

ENTERED ON 8/26/10